Case 4:24-cv-03811   Document 32   Filed on 04/10/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
April 10, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHARLES SPRINGER,<br>    *Plaintiff*, | § § § | |
| v. | § § | Case No. 4:24-cv-3811 |
| CITY OF HOUSTON, ET AL.,<br>    *Defendants*. | § § § | |

## **ORDER**

Before the Court is Defendant City of Houston's Rule 12(b)(6) motion to dismiss. ECF No. 4.[1] Subsequently, Plaintiff filed an amended complaint, ECF No. 8, and Defendant filed a motion to dismiss the amended complaint, ECF No. 9. Plaintiff's original complaint, the subject of the first motion to dismiss, is no longer the operative complaint in this action. Instead, Plaintiff's amended complaint is now the live pleading. ECF No. 8. Accordingly, Defendant's motion to dismiss is **DENIED AS MOOT**. ECF No. 4.

    **IT IS SO ORDERED.**

Signed at Houston, Texas, on April 10, 2025.

*Dena Palermo*
_____
**Dena Hanovice Palermo**
**United States Magistrate Judge**

---

[1] The district judge to whom this case is assigned referred all pretrial proceedings pursuant to 28 U.S.C. § 636. *See* Notice of Referral, ECF No. 31.